MINUTE ENTRY
FALLON, J.
July 28, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEITH LANDRY, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-267 |
| MARINE TRANSPORT LINES, INC., ET AL. | * | SECTION "L" |

A status conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance was Glenn Orgeron for the defendants. Counsel for the plaintiffs, Gregory Guth, did not attend, and the Court was unsuccessful in locating plaintiffs' counsel at his office by telephone.

IT IS ORDERED that plaintiffs' counsel provide written reasons to the Court within 5 days showing cause why plaintiffs' case should not be dismissed for want of prosecution, failing which, plaintiffs' case will be dismissed.

DATE OF ENTRY
JUL 3 1 2000

cc: Smith and Sacks
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130