UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

NOV 28 2000 PM 4:29

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KEITH LANDRY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-267 |
| MARINE TRANSPORT LINES, INC., ET AL | SECTION: L |

### JUDGMENT

Considering the Court's Minute Entry entered herein on November 22, 2000, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Marine Transport Lines, Inc., Marine Personnel and Provisioning, Inc., and Marine Transport Management Co., Inc., and against plaintiffs, Keith Landry, Ricardo Legorreta, Regina Seur, and Barry Patin, dismissing said plaintiffs' complaint with prejudice. Each party is to bear its own costs.

New Orleans, Louisiana, this 27 day of November, 2000.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 29 2000

Fee_____
Process___
X Dkd_____
CtRmDep___
Doc.No.___