UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 DEC 22 PH 12: 13
DEC 22 2000
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **KEITH LANDRY, et al.** | CIVIL ACTION |
| V. | NO. 00-267 |
| **MARINE TRANSPORT LINES, INC., et al.** | SECTION "L" |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Keith Landry, et al individually and on behalf of all others similarly situated in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an Order of the United States District Court dated November 22, 2000 dismissing with prejudice the claims of Plaintiffs in this litigation entered in this action November 29, 2000.

Respectfully submitted,

_____
MICHAEL G. STAG

Stuart H. Smith, Esq. No. 17805
Michael G. Stag, Esq. No. 23314
SACKS & SMITH, L.L.C.
One Canal Place
365 Canal Street - Suite 2850
New Orleans, Louisiana 70130

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing pleading on counsel for all parties proceeding by placing same in the United States Mail, properly addressed, and first class postage prepaid.

This 22nd day of December, 2000.

_____
Michael G. Stag