UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
DEC 22 2000
2000 DEC 22 AM 11: 00
LORETTA G. WHYTE
CLERK

**KEITH LANDRY, et al.**

V.

**MARINE TRANSPORT LINES, INC., et al.**

CIVIL ACTION

NO. 00-267

SECTION "L"

## MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, and respectfully moves that Stuart H. Smith, Esq. and Michael G. Stag, Esq., be enrolled as counsel of record in the above referenced matter; undersigned counsel was retained by Plaintiffs; Stuart H. Smith, Esq. and Michael G. Stag, Esq., are in good standing and is licensed in the State of Louisiana and with this Court.

**WHEREFORE**, Plaintiffs, move for an order enrolling Stuart H. Smith, Esq. and Michael G. Stag, Esq., as counsel of record in the above referenced matter.

Respectfully submitted,

_____
MICHAEL G. STAG

DATE OF ENTRY
DEC 28 2000

Stuart H. Smith, No. 17805
Michael G. Stag, No. 23314
SACKS & SMITH, L.L.C.
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600

ATTORNEYS FOR PLAINTIFFS

k:\office\greg\landry\01219mo3.pld

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 21st day of December, 2000.

_____
MICHAEL G. STAG

k:\office\greg\landry\01219mo3.pld

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH LANDRY, et al.**  CIVIL ACTION

**V.**  NO. 00-267

**MARINE TRANSPORT LINES, INC., et al.**  SECTION "L"

### ORDER

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED,** that Stuart H. Smith, Esq. and Michael G. Stag, Esq., be enrolled as counsel for Plaintiffs, in the case entitled <u>Keith Landry, et al. v. Marine Transport</u> Lines, Inc., et al, Civil Action No. 00-267, Section "L".

New Orleans, Louisiana this 27 day of Dec, 2000.

_____
JUDGE

k \office\greg\landry\01219mo3 pld