UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -2 AM 11:31
JAN - 2 2001
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KEITH LANDRY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-267 |
| MARINE TRANSPORT LINES, INC. | SECTION "L" |

## MOTION AND ORDER TO WITHDRAW AS ATTORNEY OF RECORD

On Motion of Gregory D. Guth, attorney of record for plaintiffs herein, and on respectfully suggesting to the Court that he filed this Complaint while employed by Sacks & Smith law firm, that as of June, 2000 he was no longer employed by Sacks & Smith, that when he left the firm he left a signed Motion To Substitute Counsel of Record which the firm never filed; and, that Sacks & Smith, through Mike Stag and Stuart Smith have enrolled as counsel of record,

MOVER RESPECTFULLY REQUESTS that he be permitted to withdraw as attorney of record for plaintiffs.

RESPECTFULLY SUBMITTED:

DATE OF ENTRY
JAN - 4 2001

_____
Gregory D. Guth (LSBA # 1393)
4702 Canal St.
New Orleans, La. 70119
(504) 488-7172

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 2 day of Jan, 2001 served a copy of the foregoing pleading on counsel for all parties proceeding, either by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____
Gregory D. Guth

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH LANDRY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-267 |
| MARINE TRANSPORT LINES, INC. | SECTION "I" |

### ORDER

CONSIDERING THE FOREGOING MOTION

IT IS ORDERED THAT Gregory D. Guth be, and he hereby is, withdrawn as attorney of record for plaintiffs herein.

NEW ORLEANS, LOUISIANA THIS __4th__ DAY OF __Jan.__, 2001.

_____
JUDGE