```
                                      FILED
                                 U.S. DISTRICT COURT
                               EASTERN DISTRICT OF LA

                               2001 JAN -3 PM 12: 27

                                 LORETTA G. WHYTE
                                       CLERK
```

COPY IN CHAMBERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH LANDRY, RICARDO LEGORRETA, REGINA SEUR, AND BARRY PATIN | CIVIL ACTION<br><br>NO. 00-0267 |
| versus | SECTION "L" |
| MARINE TRANSPORT LINES, INC.<br>MARINE PERSONNEL & PROVISIONING, INC.<br>AND MARINE TRANSPORT MANAGEMENT CO., INC. | MAGISTRATE (1) |

## MOTION AND ORDER FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT

**NOW INTO COURT**, through undersigned counsel, come, Defendants, Marine Transport Lines, Inc., Marine Personnel & Provisioning, Inc. and Marine Transport Management Company, Inc., who respectfully request this Honorable Court to grant leave of court to file its First Supplemental and Amending Memorandum in Opposition to Motion for Relief from Judgment. The supplemental memorandum is necessary in light of Mr. Gregory Guth's Motion and Order to Withdraw as Counsel of Record which was received by undersigned counsel on this date.

DATE OF ENTRY

JAN - 4 2001



Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

*William M Quin*
_____
**MICHAEL A. McGLONE (#9318)
WILLIAM M. QUIN, II (#25219)**
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130
Telephone:  (504) 586-1241
Facsimile:   (504) 584-9142
**Attorneys for Marine Transport Lines, Inc.,
Marine Personnel & Provisioning, Inc. and
Marine Transport Management Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, by hand delivery, facsimile, or U. S. mail, postage prepaid and properly addressed, this 3rd day of January, 2001.

*William M Quin*
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH LANDRY, RICARDO LEGORRETA, REGINA SEUR, AND BARRY PATIN** | CIVIL ACTION |
| | NO. 00-0267 |
| versus | SECTION "L" |
| **MARINE TRANSPORT LINES, INC. MARINE PERSONNEL & PROVISIONING, INC. AND MARINE TRANSPORT MANAGEMENT CO., INC.** | MAGISTRATE (1) |

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants, Marine Transport Lines, Inc., Marine Personnel & Provisioning, Inc. and Marine Transport Management Company, Inc., be granted leave of court to file its First Supplemental and Amending Memorandum in Opposition to Motion for Relief from Judgment.

New Orleans, Louisiana, this 3 day of January, 2001.

UNITED STATES DISTRICT JUDGE