

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH LANDRY, RICARDO LEGORRETA, REGINA SEUR, AND BARRY PATIN** | **CIVIL ACTION** |
| | **NO. 00-0267** |
| **versus** | **SECTION "L"** |
| **MARINE TRANSPORT LINES, INC. MARINE PERSONNEL & PROVISIONING, INC. AND MARINE TRANSPORT MANAGEMENT CO., INC.** | **MAGISTRATE (1)** |

### FIRST SUPPLEMENTAL AND AMENDING MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT

Attached as Exhibit "A" to this supplemental memorandum is Mr. Gregory Guth's motion and proposed order to withdraw as attorney of record in this case. Exhibit "B" is the correspondence which served as the cover letter for Mr. Guth's courtesy copy. This court should note that Mr. Guth, as represented in this motion, has remained attorney of record throughout these proceedings, not bothering to notify defendants or defense counsel of his intentions concerning this case. Moreover, the law firm of Sacks & Smith, knowing full well that Mr. Guth was leaving numerous cases with the law firm, likewise took no affirmative steps in this matter. It is only now that judgment has been rendered,

and a possible malpractice claim exists, that any of the involved plaintiffs' counsel bother with this case. The defendants should not be made to suffer prejudice caused solely due to plaintiffs' counsels' collective failure to prosecute this matter. Accordingly, Defendants respectfully request that this court deny the plaintiffs' motion for relief.

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

*William M. Quin*

**MICHAEL A. McGLONE (#9318)**
**WILLIAM M. QUIN, II (#25219)**
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130
Telephone:   (504) 586-1241
Facsimile:   (504) 584-9142
**Attorneys for Marine Transport Lines, Inc.,**
**Marine Personnel & Provisioning, Inc. and**
**Marine Transport Management Company, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, by hand delivery, facsimile, or U. S. mail, postage prepaid and properly addressed, this 3rd day of January, 2001.

*William M. Quin*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH LANDRY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-267 |
| MARINE TRANSPORT LINES, INC. | SECTION "I" |

### MOTION AND ORDER TO WITHDRAW AS ATTORNEY OF RECORD

On Motion of Gregory D. Guth, attorney of record for plaintiffs herein, and on respectfully suggesting to the Court that he filed this Complaint while employed by Sacks & Smith law firm, that as of June, 2000 he was no longer employed by Sacks & Smith, that when he left the firm he left a signed MotionTo Substitute Counsel of Record which the firm never filed; and, that Sacks & Smith, through Mike Stag and Stuart Smith have enrolled as counsel of record,

MOVER RESPECTFULLY REQUESTS that he be permitted to withdraw as attorney of record for plaintiffs.

RESPECTFULLY SUBMITTED:

_____
Gregory D. Guth (LSBA # 1393)
4702 Canal St.
New Orleans, La. 70119
(504) 488-7172

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this ____ day of _____, 2001 served a copy of the foregoing pleading on counsel for all parties proceeding, either by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

EXHIBIT A

_____
Gregory D. Guth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH LANDRY, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-267 |
| MARINE TRANSPORT LINES, INC. | SECTION "I" |

<u>ORDER</u>

CONSIDERING THE FOREGOING MOTION

IT IS ORDERED THAT Gregory D. Guth be, and he hereby is, withdrawn as attorney of record for plaintiffs herein.

NEW ORLEANS, LOUISIANA THIS _____ DAY OF _____, 2001.

_____
JUDGE

Law Office of
# Gregory D. Guth
4702 Canal St.
New Orleans, LA 70119
(504) 488-7172
(504) 486-9736 Fax

January 2, 2001

Michael A. McGlone, Esq.      Mike Stag, Esq.
601 Poydras St., 21st. flr.   365 Canal St., Ste. 2650
New Orleans, La. 70130        New Orleans, La. 70130

Re: <u>Landry, et al vs. MTL</u>

Dear Counsellors:

    Enclosed please find copies of my Motion And Order To Withdraw As Attorney Of Record which I am this day filing.

Yours truly,

*[signature]*

Gregory D. Guth

GDG/ra

**EXHIBIT B**