IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-30017

CA 00-267 L

KEITH LANDRY; RICARDO LEGORRETA; REGINA SEUR; BARRY PATIN

Plaintiffs - Appellants

v.

MARINE TRANSPORT LINES, INC; MARINE PERSONNEL & PROVISIONING, INC; MARINE TRANSPORT MANAGEMENT, CO, INC

Defendants - Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

U.S. COURT OF APPEALS
FILED
MAR 7 2001
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR -8 2001
MAR 0 8 2001
LORETTA G. WHYTE
CLERK

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 7, 2001, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Linda Miles
Linda Miles, Deputy Clerk

FOR THE COURT - BY DIRECTION

A true copy

MAR 0 7 2001

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___